**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

ASHLEY GENNOCK AND DANIEL
STYSLINGER, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiffs,

vs.                                        Civil No. 2:16-cv-00633-MRH

GENERAL NUTRITION CENTERS, INC.
AND GNC HOLDINGS, INC.

                Defendants.

**MOTION FOR ADMISSION PRO HAC VICE OF TODD D. CARPENTER**

Benjamin Sweet, undersigned counsel for Plaintiffs Ashley Gennock and Daniel Styslinger, and on behalf of all others similarly situated, hereby moves that Todd D. Carpenter be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs Ashley Gennock and Daniel Styslinger, and on behalf of all others similarly situated, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hae Vice of Todd D. Carpenter filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Respectfully submitted,

**Carlson Lynch Sweet Kilpela & Carpenter, LLP**

By: */s/ Benjamin Sweet*

Benjamin Sweet (Bar ID. No 87338)
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412.253.6314
Facsimile: 412.742.0631
bsweet@carlsonlynch.com

**ATTORNEY FOR PLAINTIFFS ASHLEY GENNOCK AND DANIEL STYSLINGER**