IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY GENNOCK and DANIEL STYSLINGER, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL NUTRITION CENTERS, INC., and GNC HOLDINGS, INC.,<br><br>　　　　　Defendants. | Case No. **2:16-cv-00633-MRH** |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES D. NGUYEN**

I, James D. Nguyen, undersigned counsel for Defendants General Nutrition Centers, Inc. and GNC Holdings, Inc. ("Defendants"), hereby moves that James D. Nguyen be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission Pro Hac Vice of James D. Nguyen filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

DATED: June 15, 2016　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　*/s/ James D. Nguyen*
　　　　　　　　　　　　　　　　　　　　JAMES D. NGUYEN (CA Bar No. 179370)
　　　　　　　　　　　　　　　　　　　　DAVIS WRIGHT TREMAINE LLP
　　　　　　　　　　　　　　　　　　　　865 South Figueroa Street, 24th Floor
　　　　　　　　　　　　　　　　　　　　Los Angeles, California  90017-2566
　　　　　　　　　　　　　　　　　　　　Telephone:  (213) 633-6800
　　　　　　　　　　　　　　　　　　　　Fax:  (213) 633-6899
　　　　　　　　　　　　　　　　　　　　jimmynguyen@dwt.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY GENNOCK and DANIEL STYSLINGER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL NUTRITION CENTERS, INC., and GNC HOLDINGS, INC.,<br><br>Defendants. | Case No. **2:16-cv-00633-MRH** |

## ORDER OF COURT

AND NOW, this _____ day of _____ 2016, upon consideration of the Motion for Admission Pro Hac Vice of James D. Nguyen, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is granted.

BY THE COURT:

_____
United States District Judge