IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ASHLEY GENNOCK and DANIEL STYSLINGER, individually, and on behalf of all others similarly situated,

    Plaintiffs,

vs.

GENERAL NUTRITION CENTERS, INC., and GNC HOLDINGS, INC.,

    Defendants.

Case No. **2:16-cv-00633-MRH**

## MOTION FOR ADMISSION *PRO HAC VICE* OF SEAN M. SULLIVAN

Sean M. Sullivan, undersigned counsel for Defendants General Nutrition Centers, Inc. and GNC Holdings, Inc. ("Defendants"), hereby moves that Sean M. Sullivan be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission Pro Hac Vice of Sean M. Sullivan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

DATED: June 15, 2016

Respectfully submitted

/s/ Sean M. Sullivan

Sean M. Sullivan (CA Bar No. 229104)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899
seansullivan@dwt.com

DWT 29805409v1 0103082-000008

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY GENNOCK and DANIEL STYSLINGER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL NUTRITION CENTERS, INC., and GNC HOLDINGS, INC.,<br><br>Defendants. | Case No. **2:16-cv-00633-MRH** |

### ORDER OF COURT

AND NOW, this _____ day of _____ 2016, upon consideration of the Motion for Admission Pro Hac Vice of Sean M. Sullivan, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is granted.

BY THE COURT:

_____
United States District Judge