IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY GENNOCK and DANIEL STYSLINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL NUTRITION CENTERS, INC. and GNC HOLDINGS, INC.,<br><br>Defendants. | Case No. 16-cv-633-MRH |

**ORDER GRANTING JOINT MOTION FOR**
**EXTENSION OF DISCOVERY AND CASE MANAGEMENT DEADLINES**

AND NOW, having considered the parties' Motion for Extension, and for good cause shown, it is hereby ORDER that said Motion is GRANTED. The parties shall comply with the following deadlines:

a) Additional parties shall be joined on or before February 27, 2017.

b) Pleadings shall be amended by February 27, 2017.

c) Plaintiffs' class certification expert reports shall be filed on or before March 19, 2017.

d) Defendants' class certification expert reports shall be filed on or before April 24, 2017.

e) Depositions of class certification experts shall be completed on or before May 29, 2017.

f) Plaintiffs' Motion for Class Certification shall be filed on or before July 17, 2017.

g) Defendants' Memorandum in Opposition to Class Certification and all supporting evidence shall be filed on or before August 17, 2017.

h) Plaintiffs' Reply Memorandum in Support of Class Certification, if any, shall be filed on or before August 31, 2017.

i) Class certification discovery shall be completed on or before April 17, 2017.

Dated: 11/28, 2016

*The Honorable Mark R. Hornak*
United States District Judge