IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY GENNOCK and DANIEL STYSLINGER, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GENERAL NUTRITION CENTERS, INC. and GNC HOLDINGS, INC.,<br><br>  Defendants. | Case No. 16-cv-633-MRH |

## JOINT STATUS REPORT

Plaintiffs and Defendants (collectively the "Parties"), by and through their undersigned counsel, hereby submit this joint status report and jointly request that the Court continue the stay in this action for an additional sixty (60) days from today's date:

1. On November 16, 2017, the Court granted the Parties' Joint Motion to stay the case, and stayed this case and all filing and pretrial obligations pending further Order of the Court.

2. On January 15, 2018, the parties appraised the Court of their agreement on many material terms and the significant progress made toward a possible settlement and requested that the stay be continued for an additional sixty (60) days.

3. On January 16, 2018, the Court approved the parties' request and continued the stay an additional sixty (60) days and further ordered that on or before March 16, 2018, the parties shall file a joint status report or settlement approval papers.

4. Since January 16, 2018, the Parties have continued to engage in productive settlement discussions, having reached agreement on additional material terms, and continue to work diligently and remain optimistic that a negotiated resolution can be reached.

5. In the interest of avoiding expense to the Parties and conserving the Court's resources while the Parties continue to attempt to resolve this matter, the Parties request the Court continue the stay of the case for an additional sixty (60) days, including the suspension of all discovery and other case-related deadlines, including all deadlines regarding class certification briefing and discovery.

6. The Parties further propose that, on or before May 15, 2018, they will either submit settlement approval papers or a further joint status report advising the Court how they suggest the matter should proceed.

WHEREFORE, the Parties respectfully request that the Court continue to stay this matter for sixty (60) days (until May 15, 2018), and continue to suspend all case-related deadlines and discovery. The Parties will submit a further status report on or before May 15, 2018, advising the Court how they suggest the matter should proceed.

Dated: March 16, 2018

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Gary G. Lynch* | */s/ Sean Sullivan* |
| Gary F. Lynch | Sean Sullivan |
| glynch@carlsonlynch.com | seansullivan@dwt.com |
| **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP** | **DAVIS WRIGHT TREMAINE LLP** |
| 1133 Penn Ave., 5th Floor | 865 S Figueroa Street, Suite 2400 |
| Pittsburgh, PA  15222 | Los Angeles, CA 90017 |
| (412) 322-9243 | (213) 633-8644 |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |