IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM CARTER, ASHLEY GENNOCK, KENNETH HARRISON, JENNA KASKORKIS, and DANIEL STYSLINGER, individually and on behalf of all others similarly situated,<br>                Plaintiffs,<br><br>        v.<br><br>GENERAL NUTRITION CENTERS, INC., a Delaware Corporation, GNC HOLDINGS, INC., a Delaware Corporation,<br>                Defendants. | Civil Action No. 2:16-cv-00633-MRH |

**MOTION FOR ADMISSION PRO HAC VICE OF ROBERT R. AHDOOT**

Robert R. Ahdoot, undersigned counsel for Plaintiffs, Kim Carter, Ashley Gennock, Kenneth Harrison, Jenna Kaskorkis, and Daniel Styslinger, hereby moves that Robert R. Ahdoot be admitted to appear and practice in this Court in the above captioned matter as counsel *pro hac vice* for Plaintiffs, Kim Carter, Ashley Gennock, Kenneth Harrison, Jenna Kaskorkis, and Daniel Styslinger in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Robert R. Ahdoot filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 26, 2019 | s/ *Robert R. Ahdoot* |
|  | Robert R. Ahdoot (CA172098) |
|  | rahdoot@ahdootwolfson.com |
|  | Tina Wolfson (CA174806) |
|  | twolfson@ahdootwolfson.com |
|  | AHDOOT & WOLFSON, PC |
|  | 10728 Lindbrook Drive |
|  | Los Angeles, CA 90024 |
|  | Tel: 310-474-9111; Fax: 310-474-858 |
|  |  |
|  | *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Respectfully submitted,

s/ *Robert R. Ahdoot*
Robert R. Ahdoot