IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM CARTER; ASHLEY GENNOCK, et al. ) | |
| ) | Civil Action No. 2:16-cv-00633 MRH |
| ) | |
| Plaintiffs, ) | U.S. District Judge Mark R. Hornak |
| ) | |
| v. ) | |
| ) | |
| GENERAL NUTRITION CENTERS, INC. and ) | |
| GNC HOLDINGS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF REUBEN D. NATHAN**

Reuben D. Nathan, undersigned counsel for Plaintiffs, Kim Carter, Ashley Gennock, Kenneth Harrison, Jenna Kaskorkis, and Daniel Stysliner, hereby moves that Reuben D. Nathan be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs, Kim Carter, Ashley Gennock, Kenneth Harrison, Jenna Kaskorkis, and Daniel Stysliner pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Admission *Pro Hac Vice* of Reuben D. Nathan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: July 22, 2019

Respectfully submitted,

s/ Reuben D. Nathan
Reuben D. Nathan
California Bar ID No. 208436
NATHAN & ASSOCIATES
2901 W. Coast Hwy., Ste. 200
Newport Beach, CA 92663
Telephone: (949) 270-2798
Facsimile: (949) 209-0303
rnathan@nathanlawpractice.com

*Attorneys for Plaintiffs*