# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM CARTER, ASHLEY GENNOCK, KENNETH HARRISON, JENNA KASKORKIS, and DANIEL STYSLINGER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> GENERAL NUTRITION CENTERS, INC., a Delaware Corporation, GENERAL HOLDINGS, INC., a Delaware Corporation, <br><br> Defendants. | Case No: 2:16-cv-00633-MRH |

## <u>MOTION FOR ADMISSION PRO HAC VICE OF TRENTON R. KASHIMA</u>

Trenton R. Kashima, undersigned counsel for Plaintiffs, Kim Carter, Ashley Gennock, Kenneth Harrison, Jenna Kaskorkis, and Daniel Styslinger, hereby moves that Tina Wolfson be admitted to appear and practice in this Court in the above captioned matter as counsel pro hac vice for Plaintiffs, Kim Carter, Ashley Gennock, Kenneth Harrison, Jenna Kaskorkis, and Daniel Styslinger in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Tina Wolfson filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Trenton R. Kashima filed herewith, which, it is averred, satisfies the requirements of

the foregoing Local Rules and Standing Order.


Dated: July 26, 2019                         Respectfully submitted,


                                             FINKELSTEIN & KRINSK LLP


                                             By: _____

                                             Trenton R. Kashima (CA Bar No. 291405)
                                             550 West C St., Suite 1760
                                             San Diego, CA 92101-3593
                                             Telephone: (619) 238-1333
                                             Facsimile:    (619) 238-5425

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2019, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

counsel or parties of record electronically by CM/ECF.


Dated: _____, 2019                    Respectfully submitted,

                                                FINKELSTEIN & KRINSK LLP

                                                By: _____

                                                    Trenton R. Kashima